Entered on Docket
June 06, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 03, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 09-40625 RE

**MERLA VILLEGAS MELANIO,**               Chapter 13

               **Debtor.**

**ORDER VALUING LIEN OF REAL TIME RESOLUTIONS, INC. AS SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY**

_____/  _____

On May 12, 2011, Merla Melanio (hereinafter Debtor) served a motion to value the lien of Real Time Resolutions, Inc. as successor in interest to Long Beach Mortgage Company (hereinafter Lienholder) against the property commonly known as 327 Del Monte Way, Pinole, CA 94564, which lien was recorded in Contra Costa County on or about August 12, 2005 as document 0303424-01 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Law Offices of Patrick L. Forte |
| 4 | One Kaiser Plaza, Suite 480<br>Oakland, CA 94612 |
| 5 | |
| 6 | Merla Melanio<br>327 Del Monte Way<br>Pinole, CA 94564 |
| 7 | |
| 8 | Attn: Officer<br>JPMorgan Chase Bank, NA |
| 9 | 1111 Polaris Parkway<br>Columbus, OH 43240 |
| 10 | Attn: Officer |
| 11 | JPMorgan Chase Bank, NA<br>C/o CT Corporation System |
| 12 | 818 West Seventh St.<br>Los Angeles, CA 90017 |
| 13 | |
| 14 | Attn: Officer<br>JPMorgan Chase Bank, National Association as Servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust |
| 15 | 2006-WL1<br>C/o JPMorgan Chase Bank |
| 16 | as Mortgage Loan Servicer<br>Bankruptcy Department |
| 17 | 7255 Baymeadows Way<br>Mail Stop JAXB2007 |
| 18 | Jacksonville, FL 32256 |
| 19 | Attn: Officer |
| 20 | Deutsche Bank Trust Company Americas<br>60 Wall Street |
| 21 | New York, New York 10005 |
| 22 | Attn: Officer |
| 23 | Deutsche Bank Trust Company Americas<br>C/o CT Corporation System |
| 24 | 818 West Seventh St.<br>Los Angeles, CA 90017 |
| 25 | Attn: Officer or Managing Agent |
| 26 | Real Time Resolutions, Inc.<br>1750 Regal Row<br>Dallas, TX 75235 |

| | |
|---|---|
| 1 | Attn: Officer or Managing Agent<br>Real Time Resolutions, Inc. |
| 2 | 1750 Regal Row, Suite 120<br>Dallas, TX 75235 |
| 3 | |
| 4 | Attn: Officer or Managing Agent<br>Real Time Resolutions, Inc.<br>C/o CT Corporation System |
| 5 | 818 W 7th Street<br>Los Angeles, CA 90017 |
| 6 | |
| 7 | Attn: Officer<br>JPMorgan Chase Bank<br>Bankruptcy Department |
| 8 | 7255 Baymeadows Way<br>Jacksonville, FL 32256 |
| 9 | |
| 10 | Attn: John B. Acierno III<br>Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-WL1 |
| 11 | C/o Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200 |
| 12 | P.O. Box 17933<br>San Diego, CA 92177 |
| 13 | |
| 14 | Attn: Ramesh Singh<br>GE Money Bank<br>C/o Recovery Management Systems Corp. |
| 15 | 25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |