PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed May 1, 2012

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:      Case No. 09-40625 RE

**MERLA VILLEGAS MELANIO,**     Chapter 13

        **Debtor.**

ORDER MODIFYING CHAPTER 13 PLAN
_____/

    The above named debtor having served an Amended Motion to Modify Chapter 13 Plan on April 6, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows: Debtor does not elect to have the property of the estate described below revest in the Debtor upon confirmation of the plan. This plan modification pertains solely to the real property located at 327 Del Monte Way, Pinole, CA 94564 and the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the post petition mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

                         **END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240

Attn: Officer
JPMorgan Chase Bank
4 New York Plaza 19
New York, NY 10004

Attn: Officer
JPMorgan Chase Bank, NA
C/o CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Attn: Officer
Deutsche Bank Trust Company Americas
60 Wall Street
New York, New York 10005

Attn: Officer
Deutsche Bank Trust Company Americas
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Officer or Managing Agent
Real Time Resolutions, Inc.
1750 Regal Row
Dallas, TX 75235

Attn: Officer or Managing Agent
Real Time Resolutions, Inc.
C/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017