Alan Steven Wolf – Bar No. 94665
Jared D. Bissell - Bar No. 272687
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128
Attorneys for Creditor,
Deutsche Bank National Trust
Company, as Trustee, in trust for
registered Holders of Long Beach
Mortgage Loan Trust 2006-WL1, Asset-
Backed Certificates, Series 2006-WL1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>Merla Villegas Melanio<br><br>Debtor(s). | Case No.: 09-40625RLE<br><br>Chapter: 13<br><br>**REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID**<br><br>**(No Hearing Date Set)** |
|---|---|

TO THE HONORABLE ROGER L. EFREMSKY, BANKRUPTCY JUDGE; THE CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 13 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-WL1, ASSET-BACKED CERTIFICATES, SERIES 2006-WL1, requests special notice of all matters which must be noticed to creditors, the Creditors' Committee or other parties in interest and further requests inclusion in the mailing grid.

1

1 | All copies should be sent to the following address:
2 |         THE WOLF FIRM, A Law Corporation
3 |         2955 Main Street, Second Floor
4 |         Irvine, CA  92614
5 | Date:  August 23, 2013        Respectfully submitted,
6 |
7 |         THE WOLF FIRM,
        A Professional Law Corporation
8 |
9 |         By: /s/ Jared D. Bissell
        Jared D. Bissell
10 |         Attorney for Creditor
        Deutsche Bank National Trust Company, as
11 |         Trustee, in trust for registered Holders of Long
        Beach Mortgage Loan Trust 2006-WL1, Asset-
        Backed Certificates, Series 2006-WL1
12 |
13 |
...
28 |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | RE: Melanio |
| 4 | CASE NO.: 09-40625RLE |
| 5 | I declare that I am employed in the County of Orange, State of California. I |
| 6 | am over the age of eighteen years and not a party to the within action. My business |
| 7 | address is 2955 Main Street, Second Floor, Irvine, California 92614. On <u>August 23, 2013</u>, I |
| 8 | served a **REQUEST FOR SPECIAL NOTICE AND FOR INCLSION IN MAILING GRID** on |
| 9-10 | each of the interested parties by placing a true copy thereof in a sealed envelope with |
| 11 | postage thereon fully prepaid in the United States mail at Irvine, California, addressed as |
| 12 | follows: |

SEE ATTACHED LIST MARKED AS

<u>EXHIBIT "1"</u> AND INCORPORATED

HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>August 23, 2013</u>, at Irvine, California.

/S/ Carina L. Ruvalcaba
Carina L. Ruvalcaba

EXHIBIT "1"

RE: Melanio

CASE NO.: 09-40625RLE

**Debtor**:
Merla Villegas Melanio
327 Del Monte Way
Pinole, CA 94564

**Debtor's Counsel**:
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**Chapter 13 Trustee**:
Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566